USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/21/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRANCE GREENE,

                Plaintiff,

-against-

DANIEL F. MARTUSCELLO, ET AL.,

                Defendants.

24-CV-5228 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      Pursuant to the Court's Order at ECF No. 54, which dismissed with prejudice the claims against Defendant Daniel F. Martuscello, Defendant K. Barnes, and Defendant Marlyn Kopp, the Clerk of Court is hereby directed to terminate these three defendants from this action. The Clerk of Court is also kindly directed to mail a copy of this Order to pro se Plaintiff at his address as it is listed on ECF and to show service on the docket.

Dated:  November 21, 2025
          White Plains, New York

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.