USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/16/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRANCE GREENE,

                    Plaintiff,

          -against-

COMMISSIONER DANIEL F. MARTUSCELLO;
SUPERINTENDENT MARLYN KOPP; C.O. K.
BARNES, JOHN DOES #1-#8,

                    Defendants.

24-CV-5228 (NSR)

SUPPLEMENTAL
ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

Plaintiff, who is currently incarcerated at the Sing Sing Correctional Facility in Ossining, New York, brings this action under 42 U.S.C. § 1983, alleging that Defendants were deliberate indifferent to his serious medical needs while he was confined at Sing Sing Correctional Facility ("Sing Sing C.F."). By order dated September 7, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] The Court directs service on the defendants.

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

On November 20, 2025, the Court denied Defendants' motion to dismiss as to the claims against John Does #1 and #5 and granted the motion as to the claims against John Does #2, #3, #4, #6, #7, and #8, dismissing those claims without prejudice with leave to replead if Plaintiff wanted to amend, and directing Defendants to identify John Does #1-8. (ECF No. 54.)

In light of pro se Plaintiff's letter dated December 26, 2025 (ECF No. 58) confirming that he will not be filing a Second Amended Complaint, and thereby effectively voluntarily dismissing with prejudice the claims against John Does #2, 3, 4, 6, 7, 8 that the Court had previously dismissed without prejudice, the Court concurs with Defendants in their January 15, 2026 letter that only John Does #1 and #5 need to be identified. (ECF No. 60.)

Accordingly, to allow Plaintiff to effect service on Akarumeh Avwurhi (John Doe #1) and Justin Louissaint, LPN (John Doe #5), the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants John Does #1 and #5.

**CONCLUSION**

The Clerk of Court is directed to substitute John Doe #1 with Akarumeh Avwurhi and John Doe #5 with Justin Louissaint, LPN and to terminate John Does #2, #3, $4, #6, #7, and #8 from this action.

The Clerk of Court is further instructed to issue a summons for Akarumeh Avwurhi and Justin Louissaint, LPN, complete a USM-285 form with the address for each defendant, and deliver all documents necessary, including the Amended Complaint at ECF No. 36, to effect service to the U.S. Marshals Service.

3

The Clerk of Court is directed to mail a copy of this order to Plaintiff at the address listed on ECF and to show service on the docket.

SO ORDERED.

Dated:    January 16, 2026
          White Plains, New York

                                                   NELSON S. ROMÁN
                                   United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.      Akarumeh Avwurhi (John Doe #1)
        Sing Sing Correctional Facility
        354 Hunter Street
        Ossining, New York 10562-5442

        Justin Louissaint, LPN (John Doe #5)
2.      Sing Sing Correctional Facility
        354 Hunter Street
        Ossining, New York 10562-5442