USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/3/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                            :

TERRANCE GREENE,                :

                            :

              Plaintiff,        :         24-CV-5228 (NSR)

                            :

      -v-                  :         ORDER

                            :

DANIEL F. MARTUSCELLO ET AL,   :

                            :

             Defendants.      X

-----------------------------------------------------------------------

NELSON S. ROMÁN, United States District Judge:

    The Court, having been informed by Plaintiff of his facility transfer and subsequent change of address (ECF No. 56) after the Court issued its Opinion on Defendants' motion to dismiss (ECF No. 54), directs the Clerk of Court to mail a copy of this Order and the Court's Orders at ECF Nos. 54 and 55 to Plaintiff at the updated Sing Sing address on ECF and to show service on the docket.

Dated: February 3, 2026                   SO ORDERED
       White Plains, New York

                                    _____
                                      Nelson S. Roman
                           U.S. District Court Judge, S.D.N.Y.