AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

|  |  |  |
|---|---|---|
| TERRANCE GREENE,<br>*Plaintiff(s)*<br><br>v.<br><br>COMMISSIONER DANIEL F. MARTUSCELLO;<br>SUPERINTENDENT MARLYN KOPP; C.O. K.<br>BARNES, JOHN DOES #1-#8,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  24-cv-5228-NSR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Justin Louissaint, LPN (John Doe #5)
Sing Sing Correctional Facility
354 Hunter Street Ossining, New York 10562-5442

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Liliana Ramirez
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Sixth Avenue
New York, NY 10019
212-373-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  May 1, 2026

/S/  S.  James

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-cv-5228-NSR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                               _____
                                                              *Printed name and title*

                                               _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**                                    Job #: 1512954
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
Attorney: Paul, Weiss, Rifkind, Wharton & Garrison
Address: 1285 Avenue Of The Americas New York, NY 10019

| | |
|---|---|
| TERRANCE GREENE, | **Index Number**: 7:24-cv-05228-NSR |
| *Plaintiff* | **Client's File No.:** |
| VS | |
| COMMISSIONER DANIEL F. MARTUSCELLO, et al., | **Court Date:** |
| *Defendant* | **Amended D/F**: 02/24/2026 |

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:                **AFFIDAVIT OF SERVICE**
**Keith Hawthorne**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **05/05/2026**, at **10:42 AM** at: **SING SING CORRECTIONAL FACILITY, 354 HUNTER ST, OSSINING, NY 10562** Deponent served the within **Summons in a Civil Action, Amended Complaint - Jury Trial, Individual Practices in Civil Cases, Nelson S. Roman, United States District Judge with Attachment A**

On: **JOHN DOE # 5 A/K/A JUSTIN LOUISSANT, LPN,** therein named.

Said documents were conformed with index number endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Caitlin Thomas (Office Assistant 1) a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
Sex: Female       Color of skin: Black       Color of hair: Brown       Glasses: No
Age: 30 - 40 Yrs.    Height: 5ft 4inch - 5ft 8inch       Weight: 161-200 Lbs.       Other Features:

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#5 OTHER**

Sworn to before me on  5/12/26

_____                                    _____
                                                            Keith Hawthorne
                                                            License #

KRIS H KRISTENSEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KR6351693
Qualified in WESTCHESTER County
Commission Expires DECEMBER 12 20__



*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA*